# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants.<br>_____/ | 1:09-cv-02021-GSA-PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 1 & 3.) |

    Plaintiff Denis K. Rotroff ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 17, 2009. (Doc. 1.) Plaintiff also filed an application for preliminary injunction on November 17, 2009. (Doc. 3.) IT IS HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

                **PAM AHLIN**

                **STEPHEN MAYBERG**

    2.    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, a copy of the Complaint filed November 17, 2009, **and a copy of the Application for Preliminary Injunction filed November 17, 2009**. (Docs. 1 & 3.)

    3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.    Completed summonses;

      b.    One completed USM-285 form for each defendant listed above;

      c.    Three (3) copies of the endorsed Complaint filed November 17, 2009; and

      d.    Three (3) copies of the Application for Preliminary Injunction filed November 17, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **November 20, 2009**　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE